NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong (SBN 281819)
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

ATTORNEY(S) FOR: E.B.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

ANGIE NUNEZ; et al.

Plaintiff(s),

v.

CITY OF LOS ANGELES, et al.

Defendant(s)

CASE NUMBER:

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)**

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Plaintiffs or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| ANGIE NUNEZ, individually and as successor in interest to Lawrence Gonzales, deceased | Plaintiff |
| KRYSTAL GONZALES, individually and as successor in interest to Lawrence Gonzales, deceased | Plaintiff |
| E.B. individually and as successor in interest to Lawrence Gonzales, deceased, by and through his guardian ad litem, Kameron Shawn Perez | Plaintiff |
| CITY OF LOS ANGELES | Defendant |
| DOES 1–10 | Defendant |

October 7, 2026
Date

*/s/ Dale K. Galipo*
Signature

Attorney of record for (or name of party appearing in pro per):

Dale K. Galipo