**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong (SBN 281819)
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ANGIE NUNEZ; KRYSTAL GONZALES; and E.B. (minor child of Lawrence Gonzales, deceased), by and through his guardian *ad litem*, Kameron Shawn Perez;

Plaintiffs,

v.

CITY OF LOS ANEGELS, and DOES 1–10,

Defendants.

Case No.:

**APPLICATION OF KAMERON SHAWN PEREZ FOR APPOINTMENT AS GUARDIAN *AD LITEM* FOR MINOR PLAINTIFF E.B.**

[Fed. R. Civ. P. 17(c) and Cal. Code Civ. Proc. §373]

[377 Declaration; Consent of Nominee to Appointment as Guardian a*d Litem* and Proposed Order *filed concurrently herewith*)

**APPLICATION OF KAMERON SHAWN PEREZ FOR APPOINTMENT AS GUARDIAN *AD LITEM* FOR MINOR PLAINTIFF E.B.**

1. E.B. is the minor Plaintiff in the above-referenced case.

2. E.B. was born in 2011.

3. I, Kameron Shawn Perez, am the natural mother of minor Plaintiff E.B.

4. Minor Plaintiff E.B. has claims, as alleged in the complaint filed in the herein action, arising out of the violation of his civil rights and his father's civil rights. On December 31, 2025, a deputy or deputies working for the City of Los Angeles, shot and killed decedent Lawrence Gonzales, the natural father of minor Plaintiff E.B.

5. I, Kameron Shawn Perez, am not a plaintiff in this matter, and I have no interests potentially adverse to minor Plaintiff E.B.

6. I, Kameron Shawn Perez am a resident of the County of Los Angeles, in the State of California.

7. I, Kameron Shawn Perez, am a responsible adult and fully competent to understand and protect the rights of said minor. *See* Consent of Nominee to Appointment as Guardian *ad litem* for E.B. filed concurrently herewith.

8. Plaintiffs therefore respectfully request an order appointing Kameron Shawn Perez as Guardian *ad litem* for minor Plaintiff E.B.

DATED: October 7, 2026

By: [signature]
Kameron Perez (Oct 7, 2026 13:03:29 PDT)
Kameron Shawn Perez,
[proposed] guardian *ad litem*

DATED: October 7, 2026

**LAW OFFICES OF DALE K. GALIPO**

/s/ *Dale K. Galipo*
Dale K. Galipo
Renee V. Masongsong
*Attorney for Plaintiffs*

# GAL App

Final Audit Report 2026-10-07

| | |
|---|---|
| Created: | 2026-10-07 |
| By: | Renee Masongsong (rvalentine@galipolaw.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAIODpXJHz6nLQw3eToKaWT00_aj3-cI69 |

## "GAL App" History

Document created by Renee Masongsong (rvalentine@galipolaw.com)

2026-10-07 - 7:29:59 PM GMT

Document emailed to Kameron Perez (2kamis4boys@gmail.com) for signature

2026-10-07 - 7:30:02 PM GMT

Email viewed by Kameron Perez (2kamis4boys@gmail.com)

2026-10-07 - 8:02:39 PM GMT

Document e-signed by Kameron Perez (2kamis4boys@gmail.com)

Signature Date: 2026-10-07 - 8:03:29 PM GMT - Time Source: server - Signature Appearance Selected: MOBILE_DRAW

Agreement completed.

2026-10-07 - 8:03:29 PM GMT

Adobe Acrobat Sign