**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong (SBN 281819)
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ANGIE NUNEZ; KRYSTAL GONZALES; and E.B. (minor child of Lawrence Gonzales, deceased), by and through his guardian *ad litem*, Kameron Shawn Perez;

Plaintiffs,

v.

CITY OF LOS ANGELES, and DOES 1–10,

Defendants.

Case No.:

**DECLARATION OF KAMERON SHAWN PEREZ AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF E.B., SUCCESSOR IN INTEREST TO LAWRENCE GONZALES**

[Cal. Code Civ. Proc. § 377.32]

[*Application for Appointment as Guardian ad Litem; Consent of Nominee* and *Proposed Order* filed concurrently herewith]

**C.C.P. § 377.32 DECLARATION OF KAMERON SHAWN PEREZ, FOR E.B., AS SUCCESSOR IN INTEREST TO LAWRENCE GONZALES**

I, Kameron Shawn Perez, do hereby declare as follows:

1. My name is Kameron Shawn Perez, I am a competent adult over the age of eighteen and the natural mother and proposed *guardian ad litem* for plaintiff E.B.

2. I am personally familiar with the facts contained herein and would competently testify thereto if called upon to do so.

3. E.B. was born in 2011.

4. The name of the decedent in this action is Lawrence Gonzales ("Decedent").

5. Decedent is the natural father of plaintiff E.B.

6. Decedent died on December 31, 2025, in the city of San Pedro, California.

7. No proceeding is now pending in California for administration of Decedent's estate.

8. E.B. is Decedent's successor in interest as defined in Section 377.11 of the California Code of Civil Procedure and succeeds to Decedent's interest in this action as the natural son of Decedent.

9. No other persons have a superior right to commence this action or proceeding, or to be substituted for Decedent in this pending action or proceeding. Plaintiff Krysal Gonzales has an equal right to commence this action or proceeding, or to be substituted for Decedent in this pending action or proceeding.

//

10. A copy of the death certificate of Decedent is attached hereto as "Exhibit A."

I, Kameron Shawn Perez, declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on Oct 7, 2026 in Hemet, California.

Kameron Perez (Oct 7, 2026 13:00:45 PDT)

Kameron Shawn Perez

# 377 Dec

Final Audit Report 2026-10-07

| | |
|---|---|
| Created: | 2026-10-07 |
| By: | Renee Masongsong (rvalentine@galipolaw.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAPGWs7MPSf_khkEcFoz18BM4_Sze3mB7F |

## "377 Dec" History

Document created by Renee Masongsong (rvalentine@galipolaw.com)
2026-10-07 - 7:33:20 PM GMT

Document emailed to Kameron Perez (2kamis4boys@gmail.com) for signature
2026-10-07 - 7:33:24 PM GMT

Email viewed by Kameron Perez (2kamis4boys@gmail.com)
2026-10-07 - 7:49:28 PM GMT

Document e-signed by Kameron Perez (2kamis4boys@gmail.com)
Signature Date: 2026-10-07 - 8:00:45 PM GMT - Time Source: server - Signature Appearance Selected: MOBILE_DRAW

Agreement completed.
2026-10-07 - 8:00:45 PM GMT