# EXHIBIT A

# DEPARTMENT OF PUBLIC HEALTH

## CERTIFICATE OF DEATH

STATE OF CALIFORNIA

State File Number: 3052025286520

Local Registration Number: 3202519063135

| Field | Value |
|---|---|
| 1. Name of Decedent – First (Given) | LAWRENCE |
| 2. Middle | WILLIAM |
| 3. Last (Family) | GONZALES, JR |
| 4. Date of Birth | 07/02/1986 |
| 5. Age Yrs. | 39 |
| 6. Sex | M |
| 7. Date of Death | 12/31/2025 |
| 8. Hour (24 Hours) | 2234 |
| 9. Birth State/Foreign Country | CA |
| 10. Social Security Number | 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 |
| 11. Ever in U.S. Armed Forces? | [X] NO |
| 12. Marital Status | NEVER MARRIED |
| 13. Education | HS GRADUATE |
| 14/15. Was Decedent Hispanic/Latino(a)/Spanish? | [X] YES MEXICAN |
| 16. Decedent's Race | MEXICAN |
| 17. Usual Occupation | LABORER |
| 18. Kind of Business or Industry | CONSTRUCTION |
| 19. Years in Occupation | 5 |
| 20. Decedent's Residence | 980 W. OLIVER STREET |
| 21. City | SAN PEDRO |
| 22. County/Province | LOS ANGELES |
| 23. Zip Code | 90731 |
| 24. Years in County | 19 |
| 25. State/Foreign Country | CA |
| 26. Informant's Name, Relationship | KRYSTAL GONZALES, DAUGHTER |
| 27. Informant's Mailing Address | 980 W. OLIVER STREET, SAN PEDRO, CA 90731 |
| 28. Name of Surviving Spouse/SRDP – First | - |
| 29. Middle | - |
| 30. Last (Birth Name) | - |
| 31. Name of Parent – First | LAWRENCE |
| 32. Middle | WILLIAM |
| 33. Last (Birth Name) | GONZALES, SR |
| 34. Birth State | CA |
| 35. Name of Parent – First | ANGIE |
| 36. Middle | MARIE |
| 37. Last (Birth Name) | NUNEZ |
| 38. Birth State | CA |
| 39. Disposition Date | 01/22/2026 |
| 40. Place of Final Disposition | RESIDENCE OF KRYSTAL GONZALES 980 W. OLIVER STREET, SAN PEDRO, CA 90731 |
| 41. Type of Disposition(s) | CREMATE/RESIDENCE |
| 42. Signature of Embalmer | DAVID ROBERT RUBIO |
| 43. License Number | EMB8096 |
| 44. Name of Funeral Establishment | MC NERNEYS MORTUARY |
| 45. License Number | FD418 |
| 46. Signature of Local Registrar | MUNTU DAVIS MD |
| 47. Date | 01/21/2026 |
| 101. Place of Death | LAC HARBOR UCLA MEDICAL CENTER |
| 102. If Hospital, Specify One | [X] ER/OP |
| 104. County | LOS ANGELES |
| 105. Facility Address | 1000 W CARSON ST |
| 106. City | TORRANCE |
| 107. Cause of Death – Immediate Cause (A) | PENETRATING GUNSHOT WOUND OF HEAD |
| Time Interval Between Onset and Death (AT) | MINS |
| 108. Death Reported to Coroner? | [X] YES |
| Referral Number | 2025-20440 |
| 109. Biopsy Performed? | [X] NO |
| 110. Autopsy Performed? | [X] YES |
| 111. Used in Determining Cause? | [X] YES |
| 112. Other Significant Conditions Contributing to Death | NONE |
| 113. Was Operation Performed? | NO |
| 113A. If Female, Pregnant in Last Year? | [X] NO |
| 119. Manner of Death | [X] Homicide |
| 120. Injured at Work? | [X] NO |
| 121. Injury Date | 12/31/2025 |
| 122. Hour (24 Hours) | UNK |
| 123. Place of Injury | HOME |
| 124. Describe How Injury Occurred | SHOT BY ANOTHER PERSON |
| 125. Location of Injury | 543 W 37TH ST APT 6, SAN PEDRO, CA 90731 |
| 126. Signature of Coroner/Deputy Coroner | REGINA AUGUSTINE |
| 127. Date | 01/20/2026 |
| 128. Type Name, Title of Coroner/Deputy Coroner | REGINA AUGUSTINE, DEP CORONER |

CERTIFIED COPY OF VITAL RECORD

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

STATE OF CALIFORNIA

CERTIFICATION OF VITAL RECORD

# COUNTY OF LOS ANGELES

## DEPARTMENT OF PUBLIC HEALTH

3052025286520

**CERTIFICATE OF DEATH**

3202519063135

LAWRENCE

WILLIAM

GONZALES, JR

CA

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

07/02/1986

39

M

HS GRADUATE [X] MEXICAN

NEVER MARRIED

12/31/2025

2234

LABORER

MEXICAN

CONSTRUCTION

980 W. OLIVER STREET

5

SAN PEDRO

LOS ANGELES

90731

19

CA

KRYSTAL GONZALES, DAUGHTER

980 W. OLIVER STREET, SAN PEDRO, CA 90731

LAWRENCE

WILLIAM

GONZALES, SR

ANGIE

MARIE

NUNEZ

CA

CA

01/22/2026

RESIDENCE OF KRYSTAL GONZALES

980 W. OLIVER STREET, SAN PEDRO, CA 90731

CREMATE/RESIDENCE

DAVID ROBERT RUBIO

EMB8090

MC NERNEYS MORTUARY

FD418

MUNTU DAVIS MD

01/21/2026

LAC HARBOR UCLA MEDICAL CENTER

LOS ANGELES

1000 W CARSON ST

TORRANCE

PENETRATING GUNSHOT WOUND OF HEAD

MINS

2025-20440

NONE

NO

HOME

12/31/2025

UNK

SHOT BY ANOTHER PERSON

543 W 27TH ST APT 6, SAN PEDRO, CA 90731

REGINA AUGUSTINE

01/20/2026

REGINA AUGUSTINE, DEP CORONER

STATE REGISTRAR

CERTIFIED COPY OF VITAL RECORD

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

This is a true certified copy of the record filed in the County of Los Angeles Department of Public Health if it bears the Registrar's signature in purple ink.

0 0 4 9 9 4 8 0 6

MD

Health Officer and Registrar

VB

DATE ISSUED

JAN 26 2026

This copy not valid unless prepared on engraved border displaying seal and signature of Registrar.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE