**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong (SBN 281819)
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ANGIE NUNEZ; KRYSTAL GONZALES; and E.B. (minor child of Lawrence Gonzales, deceased), by and through his guardian *ad litem*, Kameron Shawn Perez;

Plaintiff,

v.

CITY OF LOS ANGELES, and DOES 1–10,

Defendants.

Case No.:

**CONSENT OF NOMINEE KAMERON SHAWN PEREZ FOR APPOINTMENT AS GUARDIAN *AD LITEM* FOR MINOR PLAINTIFF E.B.**

[Fed R. Civ. P. 17(c) and Cal. Code Civ. Proc. § 373]

[Application for Appointment as Guardian ad Litem; 377 Declaration and Proposed Order *filed concurrently herewith*]

**CONSENT OF NOMINEE**

I, Kameron Shawn Perez, the nominee and natural mother of E.B., who is the minor Plaintiff in the above-referenced action, consent to act as Guardian *ad Litem* for E.B. in the above-referenced action.

I declare, under penalty of perjury and under the laws of the United States of America, that the foregoing is true and correct.

Executed on Oct 7, 2026 in Hemet, California.

Kameron Perez (Oct 7, 2026 12:47:55 PDT)

Kameron Shawn Perez

# Consent of Nominee

Final Audit Report 2026-10-07

| | |
|---|---|
| Created: | 2026-10-07 |
| By: | Renee Masongsong (rvalentine@galipolaw.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAfUfuO4_7eBbwbHzpdsgeVDq03DPbKGrA |

## "Consent of Nominee" History

Document created by Renee Masongsong (rvalentine@galipolaw.com)
2026-10-07 - 7:31:18 PM GMT

Document emailed to Kameron Perez (2kamis4boys@gmail.com) for signature
2026-10-07 - 7:31:22 PM GMT

Email viewed by Kameron Perez (2kamis4boys@gmail.com)
2026-10-07 - 7:45:07 PM GMT

Document e-signed by Kameron Perez (2kamis4boys@gmail.com)
Signature Date: 2026-10-07 - 7:47:55 PM GMT - Time Source: server - Signature Appearance Selected: MOBILE_DRAW

Agreement completed.
2026-10-07 - 7:47:55 PM GMT