**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong (SBN 281819)
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANGIE NUNEZ; KRYSTAL GONZALES; and E.B. (minor child of Lawrence Gonzales, deceased), by and through his guardian *ad litem*, Kameron Shawn Perez;<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, and DOES 1–10,<br><br>Defendants. | Case No.:<br><br>**[PROPOSED] ORDER** |

**[PROPOSED] ORDER**

Having reviewed the application of Kameron Shawn Perez for appointment asguardian ad litem for minor Plaintiff E.B. and the consent of nominee Kameron Shawn Perez as guardian ad litem for Minor Plaintiff E.B., and GOOD CAUSE appearing therein, it is hereby ordered that Kameron Shawn Perez is appointed the guardian ad litem for minor plaintiff E.B.. in this action.

IT IS SO ORDERED.

DATED: _______________ ______________________________________

UNITED STATES DISTRICT COURT