# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGIE NUNEZ , et al.<br>PLAINTIFF(S)<br>v.<br>CITY OF LOS ANGELES , et al.<br>DEFENDANT(S). | CASE NUMBER:<br>2:26−cv−11712−MCS−AJR<br><br>**NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS** |

**PLEASE TAKE NOTICE:**

The following deficiencies have been found with your filed document:

| 10/07/2026 | 3 | Request for Summons |
|---|---|---|
| Date Filed | Document Number | Title of Document |

Deficiencies:

*Other Deficiencies:*

Although See Attached in the Plaintiff section of the summons caption is acceptable, the filer should include the name of at least the first plaintiff and then state, see attached, and an attachment should be included that lists all plaintiffs as they appear in the caption of the operative complaint.

The summons will not be issued until the deficiencies have been corrected. Please correct the deficiencies and re-file your summons request.

Clerk, U.S. District Court

Date: October 20, 2026

By: */s/ Shaunte M Hunter*
*shaunte_hunter@cacd.uscourts.gov*
Deputy Clerk

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**