# UNITED STATES DISTRICT COURT

for the

Central District of California

| | | |
|---|---|---|
| ANGIE NUNEZ - See Attachment A<br>*Plaintiff(s)*<br>v.<br>CITY OF LOS ANGELES, and DOES 1–10<br>*Defendant(s)* | ) | Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* CITY OF LOS ANGELES

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong (SBN 281819)
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ____________________

____________________
*Signature of Clerk or Deputy Clerk*

Civil Action No.

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

# ATTACHMENT A

**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong (SBN 281819)
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ANGIE NUNEZ, individually and as successor in interest to Lawrence Gonzales, deceased; KRYSTAL GONZALES individually and as successor in interest to Lawrence Gonzales, deceased; and E.B. individually and as successor in interest to Lawrence Gonzales, deceased, by and through his guardian *ad litem*, Kameron Shawn Perez;

Plaintiffs,

v.

CITY OF LOS ANGELES and DOES 1–10,

Defendants.

Case No.:

**COMPLAINT FOR DAMAGES**

Federal Law Claims (42 U.S.C. § 1983)

1. Unlawful Detention and Arrest (Fourth Amendment)
2. Excessive Force (Fourth Amendment)
3. Denial of Medical Care (Fourth Amendment)
4. Interference with Familial Relationship (Fourteenth Amendment)
5. Municipal Liability, Unconstitutional Custom or Policy
6. Municipal Liability, Failure to Train
7. Municipal Liability, Ratification

State Law Claims

8. False Arrest/False Imprisonment (wrongful death)
9. Battery (wrongful death)
10. Negligence (wrongful death)
11. Violation of Cal. Civil Code § 52.1

**DEMAND FOR JURY TRIAL**