**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong (SBN 281819)
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

ANGIE NUNEZ; KRYSTAL GONZALES; and E.B. (minor child of Lawrence Gonzales, deceased), by and through his guardian *ad litem*, Kameron Shawn Perez;

Plaintiff,

v.

CITY OF LOS ANGELES, and DOES 1–10,

Defendants.

Case No.: 2:26−cv−11712−MCS−AJR

District Judge: Hon. Mark C. Scarsi
Magistrate Judge: Hon. A. Joel Richlin

**PROOF OF SERVICE OF SUMMONS AND COMPLAINT**

**TO THIS HONORABLE COURT:**

In accordance with Rule 4(l)(1) of the Federal Rules of Civil Procedure, and Central District Local Rule 5-3.1, Plaintiffs hereby submit their proof of service of the Complaint, Summons, and other documents on Defendant CITY OF LOS ANGELES; (attached hereto as Exhibit "A").

DATED: November 2, 2026

**LAW OFFICES OF DALE K. GALIPO**

/s/ *Renee V. Masongsong*
Dale K. Galipo
Renee V. Masongsong
*Attorney for Plaintiffs*

# EXHIBIT A

POS-010

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*
Dale K. Galipo, Esq. (SBN 144074)
Renee V. Masongsong (SBN 281819)
LAW OFFICES OF DALE K. GALIPO
21800 Burbank Boulevard, Suite 310 Woodland Hills, CA 91367
TELEPHONE NO.: (818) 347-3333 | FAX NO. | E-MAIL ADDRESS dalekgalipo@yahoo.com
ATTORNEY FOR *(Name):* Plaintiffs:

*FOR COURT USE ONLY*

**UNITED STATES DISTRICT COURT — CENTRAL DISTRICT OF CALIFORNIA**

STREET ADDRESS: 350 West First Street, Suite 4311
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: CENTRAL DISTRICT OF CALIFORNIA

PLAINTIFF/PETITIONER: ANGIE NUNEZ, individually and as successor in interest to Lawrence Gonzales, deceased; et al.
DEFENDANT/RESPONDENT: CITY OF LOS ANGELES

CASE NUMBER: 2:26-cv-11712-MCS-AJR

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.: 2656757R

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet
   e. ☐ Cross-Complaint
   f. ☑ other *(specify documents):* **SEE ATTACHED LIST OF DOCUMENTS**
3. a. Party served *(specify name of party as shown on documents served):*
   **CITY OF LOS ANGELES**
   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   **Priscilla K., Clerk, authorized agent for service of process**
4. Address where the party was served: **200 North Spring Street, Suite 395 Los Angeles, CA 90012**
5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **10/26/2026** (2) at *(time):* **11:29 AM**
   b. ☐ **by substituted service.** On *(date):* at *(time):* I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*
      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.
      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.
      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date):* from *(city):* **or** ☐ a declaration of mailing is attached.
      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

(1) on *(date):* (2) from *(city):*

(3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

(4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐ as an individual defendant.
b. ☐ as the person sued under the fictitious name of *(specify):*
c. ☐ as occupant.
d. ☑ On behalf of *(specify):* **CITY OF LOS ANGELES**
under the following Code of Civil Procedure section:

☐ 416.10 (corporation)
☐ 416.20 (defunct corporation)
☐ 416.30 (joint stock company/association)
☐ 416.40 (association or partnership)
☐ 416.50 (public entity)
☐ 415.95 (business organization, form unknown)
☐ 416.60 (minor)
☐ 416.70 (ward or conservatee)
☐ 416.90 (authorized person)
☐ 415.46 (occupant)
☑ other: **FRCP 4(i)(2)**

7. **Person who served papers**
a. Name: **Mitch Morgan - Ace Attorney Service, Inc.**
b. Address: **800 S. Figueroa Street, Suite 900 Los Angeles, CA 90017**
c. Telephone number: **(213) 623-3979**
d. **The fee** for service was: **$ 135.74**
e. I am:

(1) ☐ not a registered California process server.
(2) ☐ exempt from registration under Business and Professions Code section 22350(b).
(3) ☑ registered California process server:
(i) ☐ owner ☑ employee ☐ independent contractor.
(ii) Registration No.: **2023096633**
(iii) County: **LOS ANGELES**

**8.** ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **10/30/2026**

**Mitch Morgan**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ [signature]
(Signature - Per CC §1633.7)

SHORT TITLE: ANGIE NUNEZ, individually and as successor in interest to Lawrence Gonzales, deceased; et al. vs. CITY OF LOS ANGELES

CASE NUMBER: 2:26-cv-11712-MCS-AJR

# ATTACHED LIST OF DOCUMENTS

CIVIL COVER SHEET

CERTIFICATION AND NOTICE OF INTERESTED PARTIES;APPLICATION OF KAMERON SHAWN PEREZ FOR APPOINTMENT AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF E.B.;DECLARATION OF KAMERON SHAWN PEREZ AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF E.B., SUCCESSOR IN INTEREST TO LAWRENCE GONZALES;CONSENT OF NOMINEE KAMERON SHAWN PEREZ FOR APPOINTMENT AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF E.B.;NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES;NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM;NOTICE TO PARTIES: COURT POLICY ON SETTLEMENT AND USE OF ALTERNATIVE DISPUTE RESOLUTION (ADR);Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge;INITIAL STANDING ORDER FOR CIVIL CASES ASSIGNED TO JUDGE MARK C. SCARSI;

(Required for verified pleading) The items on this page stated on information and belief are (specifiy item numbers, **not** line numbers):

This page may be used with any Judicial Council form or any other paper filed with the court.



Form Adopted by the Judicial Council of California MC-020 [New January 1, 1987]

**ADDITIONAL PAGE**
**Attachment to Judicial Council Form or Other Court Paper**