**HYDEE FELDSTEIN SOTO**, City Attorney (SBN 106866)
**DENISE C. MILLS**, Chief Deputy City Attorney (SBN 191992)
**KATHLEEN KENEALY**, Chief Assistant City Attorney (SBN 212289)
**CHRISTIAN R. BOJORQUEZ**, Deputy City Attorney (SBN 192872)
200 North Main Street, 6th Floor, City Hall East
Los Angeles, California 90012
Phone No.: (213) 978-6900 | Fax No.: (213) 978-8785
Email: Christian.Bojorquez@lacity.org

*Attorneys for Defendant*, CITY OF LOS ANGELES

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ANGIE NUNEZ, individually and as successor in interest to Lawrence Gonzales, deceased; KRYSTAL GONZALES individually and as successor in interest to Lawrence Gonzales, deceased; and E.B., individually and successor in interest to Lawrence Gonzales, deceased, by and through his guardian *ad litem*, Kameron Shawn Perez;

Plaintiffs,

v.

CITY OF LOS ANGELES and DOES 1-10,

Defendants.

CASE NO. 2:26-cv-11712-MCS-AJR
*Hon. Mark C. Scarsi, Ctrm 7C, USDC-1st Cthse*
*Mag.A. Joel Richlin, Ctrm. 780 , Roybal Cthse*

**DEFENDANT CITY OF LOS ANGELES' ANSWER TO PLAINTIFFS' COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL**

COMES NOW, Defendant CITY OF LOS ANGELES and hereby answers Plaintiffs' Complaint for Damages for itself and for no other party, admits, denies and alleges as follows:

## INTRODUCTION

1. Answering paragraph 1, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

2. Answering paragraph 2, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

## JURISDICTION AND VENUE

3. Answering paragraph 3, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

4. Answering paragraph 4, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

5. Answering paragraph 5, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

6. Answering paragraph 6, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

## PARTIES

7. Answering paragraph 7, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

8. Answering paragraph 8, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

9. Answering paragraph 9, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

10. Answering paragraph 10, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

11. Answering paragraph 11, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

12. Answering paragraph 12, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

13. Answering paragraph 13, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

14. Answering paragraph 14, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

15. Answering paragraph 15, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

16. Answering paragraph 16, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

17. Answering paragraph 17, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

18. Answering paragraph 18, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

## FACTS COMMON TO ALL CLAIMS FOR RELIEF

19. Answering paragraph 19, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

20. Answering paragraph 20, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

21. Answering paragraph 21, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

/ / /

22. Answering paragraph 22, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

23. Answering paragraph 23, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

24. Answering paragraph 24, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

25. Answering paragraph 25, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

26. Answering paragraph 26, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

27. Answering paragraph 27, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

## FIRST CLAIM FOR RELIEF

**Fourth Amendment – Detention and Arrest (§ 1983)**

(Plaintiffs E.B. and GONZALES against DOE OFFICERS)

28. Answering paragraph 28, which incorporates by reference the allegations of other paragraphs of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

29. Answering paragraph 29, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

/ / /

30. Answering paragraph 30, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

31. Answering paragraph 31, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

32. Answering paragraph 32, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

33. Answering paragraph 33, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

34. Answering paragraph 34, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

35. Answering paragraph 35, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

36. Answering paragraph 36, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

37. Answering paragraph 37, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

/ / /

/ / /

/ / /

/ / /

/ / /

## SECOND CLAIM FOR RELIEF

**Fourth Amendment – Excessive Force (§ 1983)**

(Plaintiffs E.B. and GONZALES against DOE OFFICERS)

38. Answering paragraph 38, which incorporates by reference the allegations of other paragraphs of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

39. Answering paragraph 39, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

40. Answering paragraph 40, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

41. Answering paragraph 41, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

42. Answering paragraph 42, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

43. Answering paragraph 43, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

44. Answering paragraph 44, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

45. Answering paragraph 45, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

/ / /

/ / /

46. Answering paragraph 46, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

47. Answering paragraph 47, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

48. Answering paragraph 48, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

49. Answering paragraph 49, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

## THIRD CLAIM FOR RELIEF

**Fourth Amendment – Denial of Medical Care (§ 1983)**

(Plaintiff E.B. and GONZALES against DOE OFFICERS)

50. Answering paragraph 50, which incorporates by reference the allegations of other paragraphs of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

51. Answering paragraph 51, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

52. Answering paragraph 52, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

53. Answering paragraph 53, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

54. Answering paragraph 54, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

55. Answering paragraph 55, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

56. Answering paragraph 56, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

## FOURTH CLAIM FOR RELIEF

**Fourteenth Amendment – Denial of Familial Relationship (§ 1983)**

(All Plaintiffs against DOE OFFICERS)

57. Answering paragraph 57, which incorporates by reference the allegations of other paragraphs of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

58. Answering paragraph 58, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

59. Answering paragraph 59, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

60. Answering paragraph 60, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

61. Answering paragraph 61, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

62. Answering paragraph 62, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

63. Answering paragraph 63, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

64. Answering paragraph 64, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

65. Answering paragraph 65, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

## FIFTH CLAIM FOR RELIEF

**Municipal Liability: Unconstitutional Custom or Policy (§ 1983)**

(All Plaintiffs against CITY and DOES 9-10)

66. Answering paragraph 66, which incorporates by reference the allegations of other paragraphs of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

67. Answering paragraph 67, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

68. Answering paragraph 68, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

69. Answering paragraph 69, subparagraphs a-j, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

70. Answering paragraph 70, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

71. Answering paragraph 71, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

/ / /

72. Answering paragraph 72, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

73. Answering paragraph 73, subparagraphs a-o, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

74. Answering paragraph 74, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

75. Answering paragraph 75, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

76. Answering paragraph 76, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

## SIXTH CLAIM FOR RELIEF

**Municipal Liability: Failure to Train (§ 1983)**

(All Plaintiffs against CITY and DOES 9-10)

77. Answering paragraph 77, which incorporates by reference the allegations of other paragraphs of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

78. Answering paragraph 78, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

79. Answering paragraph 79, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

/ / /

80. Answering paragraph 80, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

81. Answering paragraph 81, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

82. Answering paragraph 82, subparagraphs a-o, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

83. Answering paragraph 83, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

84. Answering paragraph 84, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

85. Answering paragraph 85, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

## SEVENTH CLAIM FOR RELIEF

**Municipal Liability: Ratification (§ 1983)**

(All Plaintiffs against CITY and DOES 9-10)

86. Answering paragraph 86, which incorporates by reference the allegations of other paragraphs of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

87. Answering paragraph 87, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

/ / /

/ / /

88. Answering paragraph 88, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

89. Answering paragraph 89, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

90. Answering paragraph 90, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

91. Answering paragraph 91, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

92. Answering paragraph 92, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

93. Answering paragraph 93, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

94. Answering paragraph 94, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

95. Answering paragraph 95, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

/ / /

/ / /

/ / /

/ / /

## EIGHTH CLAIM FOR RELIEF

**False Arrest / False Imprisonment (Wrongful Death)**

(All Plaintiffs against DOE OFFICERS and CITY)

96. Answering paragraph 96, which incorporates by reference the allegations of other paragraphs of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

97. Answering paragraph 97, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

98. Answering paragraph 98, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

99. Answering paragraph 99, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

100. Answering paragraph 100, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

101. Answering paragraph 101, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

102. Answering paragraph 102, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

103. Answering paragraph 103, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

/ / /

104. Answering paragraph 104, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

105. Answering paragraph 105, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

**NINTH CLAIM FOR RELIEF**

**Battery (Wrongful Death)**

(All Plaintiffs against DOE OFFICERS and CITY)

106. Answering paragraph 106, which incorporates by reference the allegations of other paragraphs of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

107. Answering paragraph 107, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

108. Answering paragraph 108, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations

109. Answering paragraph 109, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

110. Answering paragraph 110, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

111. Answering paragraph 111, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

/ / /

112. Answering paragraph 112, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

## **TENTH CLAIM FOR RELIEF**

**Negligence (Wrongful Death)**

(All Plaintiffs against all Defendants)

113. Answering paragraph 113, which incorporates by reference the allegations of other paragraphs of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

114. Answering paragraph 114, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

115. Answering paragraph 115, subparagraphs a-g, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

116. Answering paragraph 116, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

117. Answering paragraph 117, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

118. Answering paragraph 118, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

119. Answering paragraph 119, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

/ / /

120. Answering paragraph 120, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

**ELEVENTH CLAIM FOR RELIEF**

**Violation of Cal. Civil Code § 52.1**

(All Plaintiffs against DOE OFFICERS and CITY)

121. Answering paragraph 121, which incorporates by reference the allegations of other paragraphs of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

122. Answering paragraph 122, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

123. Answering paragraph 123, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

124. Answering paragraph 124, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

125. Answering paragraph 125, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

126. Answering paragraph 126, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

127. Answering paragraph 127, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

/ / /

/ / /

128. Answering paragraph 128, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

129. Answering paragraph 129, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

130. Answering paragraph 130, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

## AFFIRMATIVE DEFENSES

As separate and distinct affirmative defenses, Defendant alleges each of the following:

## FIRST AFFIRMATIVE DEFENSE

As to the federal claims and theories of recovery, this answering Defendant is protected from liability under the doctrine of qualified immunity, because Defendant's conduct did not violate clearly established statutory or constitutional rights of which a reasonable person would have known.

## SECOND AFFIRMATIVE DEFENSE

Defendant City of Los Angeles and all Defendants sued in their official capacities are immune from the imposition of punitive damages.

## THIRD AFFIRMATIVE DEFENSE

Neither a public entity, nor a public employee, is liable for his/her act or omission, exercising due care, in the execution or enforcement of any law.

## FOURTH AFFIRMATIVE DEFENSE

Wrongful act of Plaintiff or others. Any injury or damage suffered was due to or caused solely by reason of Plaintiff or other's wrongful acts and conduct, and not by reason of any wrongful acts or omissions of Defendant.

/ / /

**FIFTH AFFIRMATIVE DEFENSE**

If there was a violation, Defendant is entitled to qualified immunity because their conduct was reasonable based upon the information that they possessed. They reasonably believed "in good faith" that what they did was lawful and appropriate, and relied upon information provided to them. Moreover, they acted under a reasonable, even if mistaken, belief that what they did was reasonable, appropriate and lawful.

**SIXTH AFFIRMATIVE DEFENSE**

Defendant is immune from liability pursuant to the provisions of each of the following California statutes, each of which is set forth as a separate and distinct affirmative defense: Government Code §§ 815.2, 815.6, 818, 818.8, 820, 820.2, 820.4, 820.6, 820.8, 822.2, 835a, 845, 845.6, 845.8, 846, 850.8, 855.6, and 856.4, as well as Civil Code §43.55 & 47 and Penal Code 847(b).

**SEVENTH AFFIRMATIVE DEFENSE**

Plaintiff had actual knowledge of the condition and particular danger alleged, knew and understood the degree of the risk involved, and voluntarily assumed such risk.

**EIGHTH AFFIRMATIVE DEFENSE**

Defendant's actions is privileged pursuant to Civil Code, Section 47.

**NINTH AFFIRMATIVE DEFENSE**

The force used against Plaintiff, if any, was caused and necessitated by the actions of Plaintiff, and was reasonable and necessary for self-defense.

**TENTH AFFIRMATIVE DEFENSE**

The force used against Plaintiff, if any, was caused and necessitated by the actions of others, and was reasonable and necessary for the defense of others.

**ELEVENTH AFFIRMATIVE DEFENSE**

The force used against Plaintiff, if any, was caused and necessitated by the actions of Plaintiff, and was reasonable and necessary for self-defense/officer safety.

/ / /

/ / /

**TWELFTH AFFIRMATIVE DEFENSE**

The damages alleged were directly and proximately caused and contributed to by the negligence of Plaintiff, and the extent of damages sustained, if any, should be reduced in proportion to the amount of said negligence.

**THIRTEEN AFFIRMATIVE DEFENSE**

The damages alleged were directly and proximately caused and contributed to by the negligence of other persons, and the extent of damages sustained, if any, should be reduced in proportion to the amount of said negligence.

**FOURTEENTH AFFIRMATIVE DEFENSE**

Failure to Mitigate Damages: Plaintiff has failed to take reasonable measures/ action to avoid the injuries/damages alleged in his Complaint, and thus any recovery should be reduced accordingly.

**FIFTEENTH AFFIRMATIVE DEFENSE**

Defendant alleges that Plaintiff is bound to exercise reasonable care and diligence to avoid loss and to minimize damages complained of, if any, and Plaintiff may not recover for losses that could have been prevented by his reasonable efforts or by expenditures that he might have reasonably made; and that Plaintiff failed to mitigate his damages, if any there were.

**SIXTEENTH AFFIRMATIVE DEFENSE**

Unavoidable Detriment: To the extent that Plaintiff suffered any detriment or injury, such detriment or injury was unavoidable.

**SEVENTEENTH AFFIRMATIVE DEFENSE**

Apportionment of Fault: If it is found that any Defendant is legally responsible for the damages, if any, which Defendant specifically denies, then such damages were proximately caused by or contributed to by Plaintiff or others, whether served or not, and it is necessary that the proportionate degree of fault of every such person be determined and prorated by the trier of fact, and that any judgment which might be

/ / /

rendered against any Defendant be reduced by that percentage of fault to be found to exist of Plaintiff or others and causative fault, whether sued herein or not.

**DEMAND FOR JURY TRIAL**

Defendant hereby demands and requests a trial by jury in this matter.

**PRAYER**

WHEREFORE, Defendant prays for judgment as follows:

1. That Plaintiff take nothing by this action;
2. That the action be dismissed;
3. That Defendant be awarded costs of suit;
4. That Defendant be awarded other and further relief as the Court may deem just and proper, including an award of attorneys' fees pursuant to 42 U.S.C. §1988.

Dated: November 16, 2026

HYDEE FELDSTEIN SOTO, City Attorney
DENISE C. MILLS, Chief Deputy City Atty
KATHLEEN KENEALY, Chief Assistant City Attorney

By: /S/ Christian Bojorquez
CHRISTIAN BOJORQUEZ, Deputy City Attorney
*Attorneys for Defendant,* CITY OF LOS ANGELES