**HYDEE FELDSTEIN SOTO**, City Attorney (SBN 106866)
**DENISE C. MILLS**, Chief Deputy City Attorney (SBN 191992)
**KATHLEEN KENEALY**, Chief Assistant City Attorney (SBN 212289)
**CHRISTIAN R. BOJORQUEZ**, Deputy City Attorney (SBN 192872)
200 North Main Street, 6th Floor, City Hall East
Los Angeles, California 90012
Phone No.: (213) 978-6900 | Fax No.: (213) 978-8785
Email: Christian.Bojorquez@lacity.org

*Attorneys for Defendant*, CITY OF LOS ANGELES

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ANGIE NUNEZ, individually and as successor in interest to Lawrence Gonzales, deceased; KRYSTAL GONZALES individually and as successor in interest to Lawrence Gonzales, deceased; and E.B., individually and successor in interest to Lawrence Gonzales, deceased, by and through his guardian *ad litem*, Kameron Shawn Perez;

Plaintiffs,

v.

CITY OF LOS ANGELES and DOES 1-10,

Defendants.

CASE NO. 2:26-cv-11712-MCS-AJR
*Hon. Mark C. Scarsi, Ctrm 7C, USDC-1st Cthse*
*Mag.A. Joel Richlin, Ctrm. 780 , Roybal Cthse*

**DEFENDANT CITY OF LOS ANGELES' CERTIFICATE OF INTERESTED PARTIES**

Although FRCP 7.1 and L.R. 7.1-1 does not require Defendant, since it is a governmental party, to submit a Certificate of Interested, the undersigned, counsel of record for Defendant, CITY OF LOS ANGELES, certifies the following listed parties have a direct, pecuniary interest in the outcome of the case.

1. ANGIE NUNEZ, individually and as successor in interest to Lawrence Gonzales, deceased – Plaintiff;

2. KRYSTAL GONZALES individually and as successor in interest to Lawrence Gonzales, deceased -- Plaintiff;

3. E.B., individually and successor in interest to Lawrence Gonzales, deceased, by and through his guardian *ad litem*, Kameron Shawn Perez; -- Plaintiff;

4. CITY OF LOS ANGELES – Defendant.

Dated: November 16, 2026

HYDEE FELDSTEIN SOTO, City Attorney
DENISE C. MILLS, Chief Deputy City Atty
KATHLEEN KENEALY, Chief Assistant City Attorney

By: /S/ Christian Bojorquez

CHRISTIAN BOJORQUEZ, Deputy City Attorney
*Attorneys for Defendant,* CITY OF LOS ANGELES